CLARENCE T. COLEY et al., Respondents, *v.* CORNELIUS H. TALLMAN, Individually and as Executor of and Trustee under the Will of JACOB B. TALLMAN, Deceased, et al., Appellants, Impleaded with Others.

*Coley* v. *Tallman,* 107 App. Div. 445, affirmed.
(Argued October 22, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 23, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to set aside a certain deed as fraudulent

*Flamen B. Candler* and *Robert W. Candler* for appellants.

*Eugene Lamb Richards, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

CHARLES BAYER et al., Appellants, *v.* FRANK LUGAR, Respondent.

*Bayer* v. *Lugar,* 106 App. Div. 522, affirmed.
(Argued October 22, 1906; decided November 13, 1906.)

APPEAL from a judgment entered July 22, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which overruled plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denied a motion for a new trial and directed a dismissal of the complaint in an action to recover a sum alleged to be due upon a contract of guaranty.

*Joab H. Banton* for appellants.

*Samuel F. Jacobs* and *Abraham L. Jacobs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK and CHASE, JJ. Absent: GRAY, J.